# EXHIBIT A

US008302811B2

(12) **United States Patent**
    Spivey

(10) **Patent No.:**     **US 8,302,811 B2**
(45) **Date of Patent:**     *Nov. 6, 2012**

(54) **CARTON WITH AN IMPROVED DISPENSING FEATURE**

(75) Inventor: **Raymond Rudolph Spivey**, Mableton, GA (US)

(73) Assignee: **Graphic Packaging International, Inc.**, Marietta, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/357,997**

(22) Filed: **Jan. 25, 2012**

(65) **Prior Publication Data**

US 2012/0118943 A1     May 17, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 13/094,962, filed on Apr. 27, 2011, now Pat. No. 8,123,072, which is a continuation of application No. 12/406,537, filed on Mar. 18, 2009, now Pat. No. 7,946,451, which is a continuation of application No. 11/470,428, filed on Sep. 6, 2006, now Pat. No. 7,523,842, which is a continuation of application No. 10/959,870, filed on Oct. 6, 2004, now Pat. No. 7,175,047, which is a continuation of application No. 10/777,614, filed on Feb. 12, 2004, now Pat. No. 7,100,798, which is a continuation of application No. 10/425,846, filed on Apr. 29, 2003, now Pat. No. 6,715,639, which is a continuation of application No. 09/757,714, filed on Jan. 9, 2001, now Pat. No. 6,578,736.

(51) **Int. Cl.**
    *A47F 1/04*     (2006.01)

(52) **U.S. Cl.** ...................................... **221/305**
(58) **Field of Classification Search** ................... 221/305
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 902,347 A | 10/1908 | Tillinghast | |
| 1,541,143 A | 6/1925 | Hoile | |
| 1,925,102 A | 9/1933 | Levkoff | |
| 2,124,808 A | 7/1938 | White et al. | |
| 2,284,965 A | 9/1942 | Davidson | |

(Continued)

FOREIGN PATENT DOCUMENTS

CA          874828          7/1971

(Continued)

OTHER PUBLICATIONS

"Dispensing Multipack, Coke Canner Rolls Out 'Fridge-Friendly' Pack," Packaging World, Sep. 2001, p. 2, [Summit Publishing Company—Chicago].

(Continued)

*Primary Examiner* — Timothy Waggoner
(74) *Attorney, Agent, or Firm* — Womble Carlyle Sandridge & Rice, LLP

(57)     **ABSTRACT**

A carton with an improved dispenser at one of the carton which preserves the integrity of the carton when the carton is opened by permitting a bottom end flap attached to the bottom panel to remain in place and also a portion of each side end flap that is adjacent to the bottom end flap. This dispenser may also provide a safety net for the first container that is automatically dispensed when the carton is opened.

**196 Claims, 4 Drawing Sheets**



# US 8,302,811 B2

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,294,964 | A | 9/1942 | Davidson |
| 2,448,819 | A | 9/1948 | Mitchell |
| 2,718,301 | A | 9/1955 | Palmer |
| 2,723,027 | A | 11/1955 | Guyer |
| 2,754,047 | A | 7/1956 | Schmidt et al. |
| 2,842,304 | A | 7/1958 | Ringler |
| 2,868,431 | A | 1/1959 | Painter |
| 2,919,844 | A | 1/1960 | Anderson, Jr. |
| 2,930,516 | A | 3/1960 | Fowle et al. |
| 2,975,891 | A | 3/1961 | Stone |
| 2,990,097 | A | 6/1961 | Thompson |
| 3,002,651 | A | 10/1961 | Gauld |
| 3,018,031 | A | 1/1962 | Ahlbor et al. |
| 3,178,242 | A | * 4/1965 | Ellis et al. ..................... 221/67 |
| 3,228,582 | A | 1/1966 | Osberg |
| 3,263,861 | A | 8/1966 | Carr |
| 3,265,283 | A | 8/1966 | Farquhar |
| RE26,083 | E | 9/1966 | Forrer |
| 3,300,115 | A | 1/1967 | Schauer |
| 3,332,594 | A | 7/1967 | De Capua |
| 3,356,279 | A | 12/1967 | Root |
| 3,517,858 | A | 6/1970 | Farquhar |
| 3,540,581 | A | 11/1970 | Koolnis |
| 3,599,858 | A | 8/1971 | Samsing |
| 3,669,251 | A | 6/1972 | Phillips, Jr. |
| 3,765,527 | A | 10/1973 | Vargo |
| 3,894,681 | A | 7/1975 | Arneson et al. |
| 3,913,739 | A | 10/1975 | Hennessey |
| 3,933,303 | A | 1/1976 | Kirby |
| 3,942,631 | A | 3/1976 | Sutherland et al. |
| 4,000,811 | A | 1/1977 | Hardison et al. |
| D243,508 | S | 3/1977 | Killy |
| 4,030,596 | A | 6/1977 | Snyder et al. |
| D252,259 | S | 7/1979 | Rinehart |
| 4,214,660 | A | 7/1980 | Hunt, Jr. |
| 4,216,861 | A | 8/1980 | Oliff |
| 4,222,485 | A | 9/1980 | Focke |
| D263,204 | S | 3/1982 | Dutcher |
| 4,325,482 | A | 4/1982 | Feeser |
| 4,331,289 | A | 5/1982 | Killy |
| 4,364,509 | A | 12/1982 | Holley, Jr. et al. |
| 4,375,258 | A | 3/1983 | Crayne et al. |
| D269,068 | S | 5/1983 | Mann, Sr. et al. |
| D270,041 | S | 8/1983 | Vestal |
| 4,396,143 | A | 8/1983 | Killy |
| 4,411,365 | A | 10/1983 | Horikawa et al. |
| 4,416,410 | A | 11/1983 | Herrmann |
| 4,417,661 | A | 11/1983 | Roccaforte |
| 4,465,180 | A | 8/1984 | Klygis |
| 4,498,581 | A | 2/1985 | Dutcher |
| 4,519,522 | A | 5/1985 | McElwee |
| 4,560,062 | A | 12/1985 | Valiulis |
| 4,582,199 | A | 4/1986 | Schuster |
| 4,588,084 | A | 5/1986 | Holley, Jr. |
| 4,598,810 | A | 7/1986 | Shore et al. |
| 4,605,128 | A | 8/1986 | Rieke |
| D286,987 | S | 12/1986 | Golan et al. |
| 4,706,876 | A | 11/1987 | Wilson |
| 4,726,471 | A | 2/1988 | Whately et al. |
| 4,756,419 | A | 7/1988 | Le Bras |
| 4,785,991 | A | 11/1988 | Schuster |
| 4,817,866 | A | 4/1989 | Wonnacott |
| D303,090 | S | 8/1989 | Armor et al. |
| 4,860,944 | A | 8/1989 | Wonnacott |
| 4,919,266 | A | 4/1990 | McIntosh, Jr. et al. |
| 4,961,507 | A | 10/1990 | Higgins |
| 4,966,324 | A | 10/1990 | Steel |
| 4,972,991 | A | 11/1990 | Schuster |
| 4,974,771 | A | 12/1990 | Lavery |
| 4,981,253 | A | 1/1991 | Quaintance |
| 5,002,186 | A | 3/1991 | Cooper |
| 5,031,825 | A | 7/1991 | Romagnoli |
| 5,067,615 | A | 11/1991 | Davitian |
| 5,101,642 | A | 4/1992 | Alexandrov |
| 5,123,589 | A | 6/1992 | Cote |
| 5,137,211 | A | 8/1992 | Summer et al. |
| 5,170,934 | A | 12/1992 | Lemoine |
| D332,915 | S | 2/1993 | Hoell et al. |
| 5,205,436 | A | 4/1993 | Savage |
| 5,277,360 | A | 1/1994 | DeMott |
| 5,279,440 | A | 1/1994 | Fougeres et al. |
| 5,284,292 | A | 2/1994 | Johnson |
| 5,333,734 | A | 8/1994 | Stout et al. |
| 5,337,920 | A | 8/1994 | Clausen |
| 5,368,194 | A | 11/1994 | Oliff et al. |
| 5,372,299 | A | 12/1994 | Edgerton, Jr. et al. |
| 5,402,933 | A | 4/1995 | Behrmann |
| 5,427,242 | A | 6/1995 | Oliff et al. |
| 5,465,831 | A | 11/1995 | Smith |
| 5,505,372 | A | 4/1996 | Edson et al. |
| 5,518,111 | A | 5/1996 | Stout |
| 5,622,309 | A | 4/1997 | Matsuda et al. |
| 5,722,584 | A | 3/1998 | Fujiwara |
| 5,775,574 | A | 7/1998 | Whitnell |
| 5,788,117 | A | 8/1998 | Zimmanck |
| 5,826,783 | A | 10/1998 | Stout |
| 5,833,118 | A | 11/1998 | Weiss |
| 5,873,515 | A | 2/1999 | Dunn et al. |
| 5,878,947 | A | 3/1999 | Hoy et al. |
| 5,881,884 | A | 3/1999 | Podosek |
| 6,105,854 | A | 8/2000 | Spivey et al. |
| D436,859 | S | 1/2001 | Botsford et al. |
| 6,176,419 | B1 | 1/2001 | Holley, Jr. |
| 6,283,293 | B1 | 9/2001 | Lingamfelter |
| D454,784 | S | 3/2002 | Oram |
| 6,386,369 | B2 | 5/2002 | Yuhas et al. |
| 6,435,351 | B1 | 8/2002 | Gibb |
| 6,478,219 | B1 | 11/2002 | Holley, Jr. |
| 6,484,903 | B2 | 11/2002 | Spivey |
| 6,550,615 | B2 | 4/2003 | Lingamfelter |
| 6,578,736 | B2 | 6/2003 | Spivey |
| 6,631,803 | B2 | 10/2003 | Rhodes et al. |
| 6,715,639 | B2 | 4/2004 | Spivey |
| 6,866,185 | B2 | 3/2005 | Harrelson |
| 7,059,494 | B2 | 6/2006 | Harrelson et al. |
| 7,100,798 | B2 | 9/2006 | Spivey |
| 7,175,047 | B2 | 2/2007 | Spivey |
| 7,523,842 | B2 | 4/2009 | Spivey |
| 7,946,451 | B2 | * 5/2011 | Spivey ......................... 221/305 |
| 8,123,072 | B2 | 2/2012 | Spivey |
| 2002/0070139 | A1 | 6/2002 | Bates |
| 2002/0185499 | A1 | 12/2002 | Harrelson et al. |
| 2002/0185527 | A1 | 12/2002 | Bates |
| 2003/0141353 | A1 | 7/2003 | Wilson |
| 2003/0192907 | A1 | 10/2003 | Bates |
| 2004/0060972 | A1 | 4/2004 | Harrelson |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2246020 | 2/2000 |
| DE | 2323589 | 11/1974 |
| DE | 75 10 538 | 8/1975 |
| DE | 76 06 493 U1 | 6/1976 |
| DE | 29 33 022 C2 | 2/1980 |
| DE | 81 35 176 U1 | 5/1982 |
| DE | 8514718.4 | 8/1985 |
| DE | 8629664.7 | 11/1986 |
| DE | 3612594 A1 | 10/1987 |
| DE | 30 07 769 C2 | 9/1991 |
| DE | 40 23 043 A1 | 12/1991 |
| DE | 94 12 885 U1 | 10/1994 |
| DE | 94 13 813 U1 | 10/1994 |
| DE | 295 19 931 U1 | 2/1996 |
| DE | 296 02 010 U1 | 3/1996 |
| DE | 299 09 008 U1 | 9/1999 |
| DE | 299 13 585 U1 | 10/1999 |
| DE | 694 21 620 T2 | 4/2000 |
| EP | 235 852 B1 | 9/1987 |
| EP | 0 323 596 A1 | 7/1989 |
| EP | 0 342 088 A1 | 11/1989 |
| EP | 0475147 A1 | 3/1992 |
| EP | 0 659 143 | 6/1995 |
| EP | 0 752 370 A2 | 1/1997 |
| EP | 0849189 A1 | 6/1998 |
| EP | 0 936 995 | 8/1999 |
| EP | 1 060 998 A2 | 12/2000 |
| FR | 2 683 207 | 5/1993 |
| GB | 2 186 550 | 8/1987 |

**US 8,302,811 B2**

Page 3

| JP | 7-9721 | 7/1993 |
| WO | WO-88/09750 | 12/1988 |
| WO | WO-95/25668 | 9/1995 |
| WO | WO-96/29260 A1 | 9/1996 |
| WO | WO-97/21607 | 6/1997 |
| WO | WO-9831593 A1 | 7/1998 |
| WO | WO-99/64301 A1 | 12/1999 |
| WO | WO-00/23334 | 4/2000 |
| WO | WO-00/71428 A1 | 11/2000 |
| WO | WO-01/28871 A1 | 4/2001 |
| WO | WO-02/004302 A1 | 1/2002 |
| WO | WO-02/85739 A1 | 10/2002 |

### OTHER PUBLICATIONS

"Hot Hit With Consumers," International Bottler & Packer, Nov. 2001 [Binstead Publications Ltd.].

"Coke Bottler Tests A Slimmer Soda Package", Wall Street Journal B3 (Aug. 10, 2001).

"Passing the Torch", Beverage World p. 36 (Oct. 2002).

"Riverwood" for the Carton Designated as 'Fridge Pack,' International Bottler & Packer, Nov. 2001 [Binstead Publications Limited—United Kingdom].

"Coca-Cola Fridge Mate", p. 3 Revise Woolworth's Advertisement wca4000 / N1A.

"*Riverwood International Corporation* v. *MeadWestvaco Corporation*" Civ. Action No. 1:03CV1672 (Jun. 17, 2003 N.D. Ga.) Plaintiff's [Riverwood] Motion for Prelim. Injunction.

"*Riverwood International Corporation* v. *MeadWestvaco Corporation*" Civ. Action No. 1:03CV1672 (N.D. Ga.) Defendant's [MeadWestvaco] Memorandum in Opposition to Plaintiff's [Riverwood] Motion for a Preliminary Injunction.

"*Riverwood International Corporation* v. *MeadWestvaco Corporation*" Civ. Action No. 1:03CV1672 (N.D. Ga.) Plaintiff's [Riverwood] Reply to Defendant's [MeadWestvaco] Memorandum in Opposition to Plaintiff's [Riverwood] Motion for a Preliminary Injunction.

"*Riverwood International Corporation* v. *Meadwestvaco Corporation*," Civ. Action No. 1:03-CV1672 (TWT) (N.D. Ga.), Riverwood's Supplemental Pre-Hearing Brief in Support of Plaintiff's [Riverwood] Motion for Preliminary Injunction.

"*Riverwood International Corporation* v. *Meadwestvaco Corporation*," Civ. Action No. 1:03-CV1672 (TWT) (N.D. Ga.), Meadwestvaco's Supplemental Memorandum in Opposition to Riverwood's Motion for a Preliminary Injunction.

The American College Dictionary, Copyright 1961, by Random House, Inc., p. 836.

*Graphic Packaging International, Inc.* v. *C. Brown Lingamfelter*, Civil Action No. 1-04-CV-0842 (JEC) (USDC N.D.GA), Memorandum in Support of Conditional Motion to Stay Proceeding Pending Inter Partes Reexamination of U.S. Patent No. 6,789,673, filed Jan. 25, 2005, on behalf of Graphic Packaging International, Inc., pp. 1 and 3.

* cited by examiner



*FIG 1*



FIG 2

FIG 3





FIG 5

US 8,302,811 B2

**1**
## CARTON WITH AN IMPROVED DISPENSING FEATURE

### CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation of U.S. patent application Ser. No. 13/094,962, filed Apr. 27, 2011 now U.S. Pat. No. 8,123,072, which is a continuation of U.S. patent application Ser. No. 12/406,537, filed Mar. 18, 2009, now U.S. Pat. No. 7,946,451, which is a continuation of U.S. patent application Ser. No. 11/470,428, filed Sep. 6, 2006, now U.S. Pat. No. 7,523,842, which is a continuation of U.S. patent application Ser. No. 10/959,870, filed Oct. 6, 2004, now U.S. Pat. No. 7,175,047, which is a continuation of U.S. patent application Ser. No. 10/777,614, filed Feb. 12, 2004, now U.S. Pat. No. 7,100,798, which is a continuation of U.S. patent application Ser. No. 10/425,846, filed Apr. 29, 2003, now U.S. Pat. No. 6,715,639, which is a continuation of U.S. patent application Ser. No. 09/757,714, filed Jan. 9, 2001, now U.S. Pat. No. 6,578,736, which are incorporated herein by reference in their entirety.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to an enclosed paperboard carton capable of enclosing containers, which carton has a unique opening and dispensing feature that allows the containers, for example, cans or bottles, to be removed or dispensed without destroying the overall structural integrity of the carton. The dispensing feature may also provide a safety net for the first container that is automatically dispensed when the carton is opened. This dispensing feature also permits the carton to be carried from one location to another after the dispenser has been opened without the containers falling out of the carton.

2. Background

Fully enclosed carton capable of enclosing cans have been used in the past that have a feature for dispensing the cans one at a time. Dispenser sections have been provided at various locations within these cartons depending on the design. Many of these dispensers suffer from the disadvantage that once open, they allow all of the containers to roll out. In addition, it is difficult to carry one of these cartons without the containers falling out once the dispenser has been opened. Most of these dispensers have been designed for dispensing cans or bottles which have cylindrical tops and bottoms of substantially the same size and configuration. These dispensers are not suitable for dispensing bottles that have a neck of smaller diameter than the body of the bottle.

In effect, many of these dispensers destroy the overall carton integrity once they have been opened. Many of these dispensing features do not have any means for preventing the first container that is automatically dispensed from falling free from the carton. In other words, its dispensing feature has no safety net.

3. Prior Art

U.S. Pat. No. 3,265,283 to Farquhar discloses a fully enclosed carton having a dispenser for dispensing the enclosed cans. The end wall of the carton has a dispensing flap which can be folded down upon opening. An aperture formed by the flap extends into the side walls to permit grasping of the can to withdraw it from the carton. When the flap is opened, the cans are held in the carton by an accurate flap portion extending downwardly in the end wall into the center of the aperture. The structural integrity of this carton is compro-

**2**
mised because the entire bottom end of the carton is opened. The dispensing flap does not provide a safety net to prevent a can from rolling out of the carton and falling to the floor. This carton cannot be easily moved from one location to another after the dispenser has been opened without the containers falling out. It will be realized that the design of this carton is not satisfactory for dispensing bottles with necks as the exiting container being dispensed needs to have a corresponding cylindrical top and bottom of approximately the same size to facilitate easy dispensing by a person grasping the ends of the exiting container.

U.S. Pat. No. 4,364,509 to Holley, Jr. et al. also discloses a fully enclosed carton with a dispenser in one of the end walls. This dispenser is likewise formed in the end wall by tearing out an end flap and lowering it into proper position. Expansion slits are provided in the side wall for the user's fingers to grasp the ends of the exiting can. This carton is not adapted for use with bottles, because of the necessity of grasping the ends of the container for removal. In addition, it is not adapted for carrying cans once the carton has been opened as they are likely to roll out of the dispenser. There is also no safety net to receive the cans as they are rolled out of the dispenser.

### SUMMARY OF THE INVENTION

It is an object of this invention to provide a dispenser that preserves the integrity of the carton after the dispenser has been opened. It is a further object to provide a dispenser that can be used with both cans and bottles. It is another object of this invention to provide a safety net or basket for the containers that are automatically dispensed when the dispenser is opened. It is a still further object of this invention is to develop a dispenser that will permit the carton to be moved from one location to another after it has been opened without discharging containers. The final object of this invention is to provide a dispenser that can be easily opened.

Briefly described, in a preferred form, the objects of this invention are achieved by providing an enclosed carton that has a unique dispenser in the exiting end of the carton. This carton is generally rectangular and has a bottom, a top, two sides, a closed end and an exiting end. The carton is foldably constructed from a blank having panels and flaps. The exiting end or ends of the carton permits containers to be taken from the carton via the dispenser.

This carton has a dispenser that is torn from an end of the carton by tearing an end portion of the top panel, a triangular portion from the adjoining side panels, and all of the side end flaps except the bottom most portions, to form a dispenser. The top end flap is removed when this dispenser is opened. This dispenser may have a semi-circular score line attached to the dispenser score line in the top panel for easy opening of the dispenser. A person's fingers can be inserted between this semi-circular score line and the dispenser to commence the opening of the dispenser. This semi-circular score line is placed so that when it is pushed open, a person's fingers will go between the first and second containers inside of the carton. A score line can be provided that bisects the semi-circular score line parallel to the longitudinal axis of the containers to permit ease of entry of a person's fingers. The bottom portions of the side end flaps are left intact to preserve the structural integrity of the carton and also to provide a wall to prevent an end container in the bottom of the carton from accidentally rolling out.

It should be realized that the dispenser does not have to be totally removed from the carton, as the score lines in the side and top panels can be broken and the dispenser flipped over along the score lines in the side end flaps to form a safety net

**3**

or basket when the first container in the top of the carton rolls out of the dispenser. If the score line in the side end flaps is not broken, the carton can be reclosed.

This carton can be constructed by gluing, taping, stapling and the like, or by locking. The dispenser of this invention can be put in one end of the carton or in both ends. A dispenser can be torn from the carton and placed under the other end of the carton to elevate it to facilitate the removal of the containers from the carton. These and other objects, features, and advantages of the present invention will become more apparent upon reading the following specification in conjunction with the accompanying drawing figures.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a plan view of a blank from which a carton according to this invention is formed.

FIG. **2** is a perspective end view of the carton loaded with cans showing the dispenser being partially opened.

FIG. **3** is a perspective end view of the carton containing cans with the basket shaped dispenser open but attached and containing a can.

FIG. **4** is a perspective side view of the carton containing cans showing the top most end can being gripped by hand for removal from the carton.

FIG. **5** is a plan view of the blank from which a carton according to this invention is formed having a single handle opening with the bottoms flaps being designed to be glued together.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention is intended primarily for use with cans and bottles of the types used to contain soft drinks, beer and the like. The blank **10** is formed from a foldable sheet material, such as paperboard. The blank has a top flap **12** which is connected by fold line **14** to side panel **16**, which in turn is connected by fold line **18** to bottom panel **20**. Bottom panel **20** is connected by fold line **22** to side panel **24**, which in turn is connected by fold line **26** to top flap **28**.

This carton is capable of containing cans or bottles in two rows of six containers each. This carton has the "racetrack" handle **30** and **32** formed in the top flaps, **12** and **28**, respectively. Cushioning flaps **34** and **36** are provided for the comfort of a person's hands, and are foldably joined to top flaps **12** and **28**. On the exiting-end of the carton, top end flap **38** is joined to top flap **12** by fold line **40**. Side end flap **42** is joined to side panel **16** by fold line **44**. Bottom end flap **46** is joined to bottom panel **20** by fold line **48**. Side end flap **50** is joined by fold line **52** to side panel **24**. Top end flap **54** is joined to top flap **28** by fold line **56**.

On the closed end of the carton, top end flap **58** is connected to top flap **12** by fold line **60**, side end flap **62** is connected to side panel **16** by fold line **64**, bottom end flap **66** is attached to bottom panel **20** by fold line **68**, side end flap **70** is connected to side panel **24** by fold line **72** and top end flap **74** is connected to top flap **28** by fold line **76**.

It will be understood by those skilled in the art that the carton of the present invention is generally symmetrical about a horizontal line of bisection, as viewed when FIG. **1** is rotated lengthwise. This symmetry aids in the efficient production of the present carton.

In forming this blank **10** into a carton, top flap **12** is glued to top flap **28** forming a sleeve. The cans or bottles are then loaded into the carton on their sides and the various end flaps on both ends are closed. Using one end as an example, top end

**4**

flaps **38** and **54** are folded downwardly and bottom end flap **46** is folded upwardly and then side end flaps **42** and **50** are folded sideways. These various end flaps are held together by glue or other means. The other end of the carton is glued and closed in the same fashion.

When the blank is folded and glued, the resulting carton has a closed end and an exiting end. However, a dispenser can be placed on both ends of the cartons. The containers exit the carton through the exiting end of the carton. The exiting end of the carton has a tear line **78** that extends through the top flaps **12** and **28**, through the side panels **16** and **24** to form a triangular dispensing flap on the dispenser **79** into the side end flaps **42** and **50**. In order to facilitate the opening of this dispenser **79**, a finger flap **82** may be provided for the easy insertion of the fingers to start the tearing of the dispenser **79**. Finger flap **82** is connected to top flaps **12** and **28** by tear line **80**. Finger flap **82** may be provided with insertion flap **86** to facilitate entry of the fingers into the carton. For the opening of the dispenser **79**, insertion flap **86** is connected to finger flap **82** by fold line **84**. Finger flap **82** and insertion flap **86** are connected to the dispenser **79** by fold line **88** which interrupts the tear line **78**. It will be noticed that tear line **78** extends into side end flaps **42** and **50** so as to form a substantial bottom portion **90** and **92** so that the end of the carton will have a bottom end when the dispenser **79** is opened.

FIG. **2** shows the carton full of cans with the dispenser **79** open except for the tear lines **78** through the side end flaps **42**, **50**. It will be noted that the dispenser is a unitary structure. The dispenser **79** is opened by a person inserting his or her fingers into finger flap **82** and pulling the dispenser **79** open. Insertion flap **86** is provided to facilitate the entry of the fingers into the opening provided by finger flap **82**. Finger flap **82** and insertion flap **86** are placed so that the fingers will enter the interior of the carton between the first and second cans.

FIG. **3** shows the dispenser **79** completely opened but still attached to the carton by tear line **78** not being torn open through side end flaps **42** and **50**. When the dispenser **79** is completely opened, the top can C will fall into the basket formed by the dispensing flap **79** and be retained. This dispenser **79** serves as a safety net to prevent the can from leaving the vicinity of the carton. The dispenser **79** forms a basket with triangular flaps forming side walls, side end flaps **42** and **50** forming a bottom wall and the torn off portions of the top flaps **12** and **28** forming an end wall.

In order to maintain the structural integrity of this carton, the bottom portions **90** and **92** of the side end flaps **42** and **50** are not removed from the carton when the dispenser is removed. The structural integrity of the carton is improved by the fact that the bottom end flap **46** is not removed. The bottom end flap **46** has a height H approximately equal to the distance between A and B along fold lines **44** and **52** respectively. This means that the bottom end flap **46** has the same height as the bottom portions **90** and **92** of the side end flaps **42** and **50**, thus producing a strong bottom end structure. As shown in FIGS. **3** and **4**, the height of the bottom end structure formed by **46**, **90**, and **92** is less than the diameter of a can C.

If desired, the dispenser **79** can be totally removed from carton or left attached along tear line **78** in side flaps **42** and **50** and reclosed.

As illustrated in FIG. **4**, a can C can be easily removed from the carton by using the fingers F and the thumb T of a hand.

FIG. **5** is a plan view of a blank from which a carton containing cans in three rows of four cans each according to the invention is formed. This carton has a single slot handle for carrying. The blank **110** has a bottom flap **112** which is connected by fold line **114** to side panel **116**, which in turn is connected by fold line **118** to top panel **120**. Top panel **120** in

US 8,302,811 B2

5                                6

turn is connected by fold line **122** to side panel **124** which in turn is connected by fold line **126** to bottom flap **128**. On the closed end of the carton, bottom end flap **130** is foldably connected by fold line **132** to bottom flap **112**. Side end flap **134** is connected by fold line **136** to side panel **116**. Top end flap **138** is connected by fold line **140** to top panel **120**. Side end flap **142** is connected by fold line **144** to side panel **124** and bottom end flap **146** is connected by fold line **148** to bottom flap **128**.

The exiting end of the carton has a bottom end flap **150** which is connected to bottom flap **112** by fold line **152**. Side end flap **154** is connected by fold line **156** to side panel **116**. Top end flap **158** is connected by fold line **160** to top panel **120**. Side end flap **162** is connected by fold line **164** to side panel **124**. Bottom end flap **166** is connected by fold line **168** to bottom flap **128**.

This carton has a slot handle **170** formed by cut line **172** and fold lines **174** and **176**. It also has a score line **178** to assist in dissipating the forces involved in lifting a loaded carton.

A dispenser **180** is formed by tearing tear line **182** which extends from the top panel **120** through side panels **116**, **124** and into side end flaps **154** and **162**. Tear line **182** extends into side end flaps **154** and **162**, so as to leave bottom portions **184**, **186** that has a height when the carton is formed along lines **156**, **164** respectively that is approximately equal to the height of bottom end flaps **150** and **166** in order to provide structural strength to the carton. This carton may have a finger flap **188** connected to dispenser **180** by fold line **190** and insertion flap **192** connected to finger flap **188** by fold line **194**. Finger flap **188** and insertion flap **192** are joined to top panel **120** by tear line **196**.

A sleeve from this carton is prepared by gluing the bottom flap **112** and **128** in an overlapping relationship. This carton is then loaded in the same manner as the carton shown in FIG. **2** through as the end of the cartons. Side end flaps **134**, **142**, **154**, and **162** are glued over the bottom end flaps **130**, **146**, **150**, **166** and top end flaps **138** and **158** to close the ends of the carton. The dispenser is opened in the same manner as the dispenser shown in FIGS. **1** and **2**.

The dispenser of this invention can be used for both cans and other types of cylindrical containers. It is particularly useful for PET bottles having a stubby configuration.

UNIQUE FEATURES OF THE DISPENSER OF
THIS INVENTION

One of the unique features of the dispenser of this invention is that it provides easy access to the cans or bottles in the carton but yet does not greatly diminish the structural integrity of the carton. This is partly because the bottom end of the end panel in which the dispenser is located is retained. This accomplished by leaving a bottom portion on the side end panel that is equal in height to the bottom end flaps.

The dispenser of this invention provides an easy opening feature in that it has a finger flap and insertion flap so that a person's fingers can be inserted between the first and second can to open the dispenser.

This dispenser also provides a safety net or basket in that if the tear line for the dispenser is not torn along the side end flaps, it remains attached to the carton and can catch in its basket a can as it is removed from the carton.

While the invention has been disclosed in its preferred forms, it will be apparent to those skilled in the art that many modifications, additions, and deletions can be made therein without departing from the spirit and scope of the invention and its equivalents as set forth in the following claims.

I claim:

**1**. An enclosed carton for a plurality of substantially cylindrical containers disposed on their sides in only two rows, with a first row above a second row, the plurality of containers including a first container in the first row, the carton comprising:

    a top, a first side, a second side, a bottom, and two closed ends, at least one of which is an exiting end; a first side end flap connected to the first side along a first fold line and a second side end flap connected to the second side along a second fold line; the exiting end formed at least partially by contacting the first side end flap and the second side end flap at a contact;

    a dispenser defined by a tear line in the top, in the first side, in the second side, in the first side end flap, and in the second side end flap; the tear line in the first side end flap extending from the first fold line to the contact with the second side end flap; the tear line in the second side end flap extending from the second fold line to the contact with the first side end flap;

    the dispenser being separable along the tear line in the top, the first side, and the second side to form a basket;

    wherein the dispenser catches the first container in the basket when the dispenser is flipped over along the tear line in the first side end flap and the tear line in the second side end flap.

**2**. The carton of claim **1** wherein the first container is moved with the dispenser as the dispenser is being flipped over.

**3**. The carton of claim **1** wherein the dispenser can be reclosed.

**4**. The carton of claim **1** wherein the containers are cans or bottles.

**5**. The carton of claim **1** wherein the first container has a diameter at its largest section.

**6**. The carton of claim **5** wherein at least a portion of the tear line in the top is spaced from the exiting end more than the diameter of the first container.

**7**. The carton of claim **1** wherein when the carton is disposed on a substantially flat surface, the dispenser can be detached from the top and opened to contact the surface without detaching the dispenser from the exiting end.

**8**. The carton of claim **1** in which an adhesive is used to close both said closed ends.

**9**. The carton of claim **1** in which the dispenser remains attached to the carton when the dispenser is flipped over along the tear line in the first side end flap and the tear line in the second side end flap.

**10**. The carton of claim **1** in which both said closed ends are exiting ends.

**11**. The carton of claim **10** which is only capable of carrying six containers in the first row and six containers in the second row.

**12**. The carton of claim **1** in which the tear line through the top is generally parallel to the exiting end.

**13**. The carton of claim **1** further comprising a finger flap in the top.

**14**. The carton of claim **13**, in which the finger flap is located between the first container and a third container in the first row.

**15**. The carton of claim **13** wherein the finger flap is located along the tear line in the top.

**16**. The carton of claim **13** further including an insertion flap connected to the finger flap.

**17**. The carton of claim **16** wherein the finger flap and the insertion flap are connected to the dispenser along a third fold line.

US 8,302,811 B2

7       8

**18**. The carton of claim **1**, wherein the tear line in the first side end flap and the tear line in the second side end flap are spaced from the bottom less than a diameter of a container in the second row.

**19**. The carton of claim **1**, wherein further including a bottom end flap attached to the bottom and the bottom end flap has a bottom end flap height that is approximately equal to a distance of the tear line in the first side end flap and the tear line in the second side end flap from the bottom.

**20**. The carton of claim **1**, wherein structural integrity of the carton is preserved after the dispenser has been separated along the tear line in the top, in the first side, and in the second side.

**21**. The carton of claim **1** wherein each of the containers in the first row is positioned directly above a corresponding container in the second row.

**22**. The carton of claim **1**, wherein said closed ends each include a top end flap and a bottom end flap.

**23**. The carton of claim **1**, further including a second container in the second row disposed under the first container.

**24**. The carton of claim **23** wherein the second container has a diameter and wherein the tear line in the first side end flap and the tear line in the second side end flap are located a height from the bottom that is less than the diameter.

**25**. The carton of claim **23** wherein the second container is in contact with the bottom and the exiting end.

**26**. The carton of claim **1**, wherein the tear line in the first side extends at least partially diagonally and the tear line in the second side extends at least partially diagonally to together at least partially define a substantially triangular section in both the first side and in the second side.

**27**. The carton of claim **1**, wherein a substantial portion of the tear line across the first side and across the second side extends diagonally from a point adjacent said top to a point adjacent the first side end flap and the second side end flap, respectively.

**28**. The carton of claim **1**, including a top end flap connected to the top.

**29**. The carton of claim **1** wherein the carton does not include cut lines for receiving adhesive on the first side or the second side.

**30**. The carton of claim **1** wherein the containers are cans.

**31**. The carton of claim **1** wherein the containers are bottles.

**32**. The carton of claim **1** wherein, after dispensing the first container, the dispenser can be pivoted toward the top to reclose the dispenser.

**33**. The carton of claim **1** wherein the enclosed carton is not adhesively attached to another carton.

**34**. The carton of claim **1** further including an adhesive capable of adhering said first side end flap to said second side end flap.

**35**. The carton of claim **1** wherein the first side end flap overlaps the second side end flap.

**36**. The carton of claim **1** wherein the tear line is contiguous to form a closed loop.

**37**. The carton of claim **1** wherein the top and bottom are substantially parallel, wherein the first side and the second side are substantially parallel, and wherein the exiting end and the closed end are substantially perpendicular the top, the bottom, the first side, and the second side.

**38**. The carton of claim **1** wherein the tear line in the first side end flap and the tear line in the second side end flap are in communication with one another.

**39**. The carton of claim **1** wherein the tear line in the first side end flap overlaps the tear line in the second side end flap to form a single tear line across the exiting end.

**40**. The carton of claim **1** further comprising a handle in the carton.

**41**. The carton of claim **40** wherein the handle is not in the exiting end.

**42**. An enclosed carton for a plurality of substantially cylindrical containers disposed on their sides in only two rows, with a first row above a second row, the plurality of containers including a first container in the first row, the carton comprising:

a top, a first side, a second side, a bottom, and two closed ends, at least one of which is an exiting end; a first side end flap connected to the first side along a first fold line and a second side end flap connected to the second side along a second fold line; the first side end flap including a first free end at a furthermost distal edge of the first side end flap opposite the first fold line; the second side end flap including a second free end at a furthermost distal edge of the second side end flap opposite the second fold line; the exiting end formed at least partially by contacting the first free end of the first side end flap with the second side end flap at a contact;

a tear line in the top, in the first side, in the second side, in the first side end flap, and in the second side end flap; the tear line in the first side end flap extending from the first fold line to the first free end; the tear line in the second side end flap extending from the second fold line to the second free end;

a dispenser being separable along the tear line in the top, the first side, and the second side;

wherein the dispenser catches the first container when the dispenser is flipped over along the tear line in the first side end flap and the tear line in the second side end flap.

**43**. The carton of claim **42** wherein the dispenser can be reclosed.

**44**. The carton of claim **42** wherein the containers are cans or bottles.

**45**. The carton of claim **42** wherein the first container has a diameter at its largest section.

**46**. The carton of claim **45** wherein at least a portion of the tear line in the top is spaced from the exiting end more than the diameter of the first container.

**47**. The carton of claim **42** wherein when the carton is disposed on a substantially flat surface, the dispenser can be detached from the top and opened to contact the surface without detaching the dispenser from the exiting end.

**48**. The carton of claim **42** wherein the first container is moved with the dispenser when the dispenser is being flipped over.

**49**. The carton of claim **42** in which an adhesive is used to close both said closed ends.

**50**. The carton of claim **42** in which the dispenser remains attached to the carton when the dispenser is flipped over along the tear line in the first side end flap and the tear line in the second side end flap.

**51**. The carton of claim **42** in which both said closed ends are exiting ends.

**52**. The carton of claim **51** which is only capable of carrying six containers in the first row and six containers in the second row.

**53**. The carton of claim **42** in which the tear line through the top is generally parallel to the exiting end.

**54**. The carton of claim **42** further comprising a finger flap in the top.

**55**. The carton of claim **54**, in which the finger flap is located between the first container and a third container in the first row.

US 8,302,811 B2

9

**56**. The carton of claim **54** wherein the finger flap is located along the tear line in the top.

**57**. The carton of claim **54** further including an insertion flap connected to the finger flap.

**58**. The carton of claim **57** wherein the finger flap and the insertion flap are connected to the dispenser along a third fold line.

**59**. The carton of claim **42**, wherein the tear line in the first side end flap and the tear line in the second side end flap are spaced from the bottom less than a diameter of a container in the second row.

**60**. The carton of claim **42**, further including a bottom end flap attached to the bottom and the bottom end flap has a bottom end flap height that is approximately equal to a distance of the tear line in the first side end flap and the tear line in the second side end flap from the bottom.

**61**. The carton of claim **42**, wherein structural integrity of the carton is preserved after the dispenser has been separated along the tear line in the top, in the first side, and in the second side.

**62**. The carton of claim **42** wherein each of the containers in the first row is positioned directly above a corresponding container in the second row.

**63**. The carton of claim **42**, wherein said closed ends each include a top end flap and a bottom end flap.

**64**. The carton of claim **42**, further including a second container in the second row disposed under the first container.

**65**. The carton of claim **64** wherein the second container has a diameter and wherein the tear line in the first side end flap and the tear line in the second side end flap are located a height from the bottom that is less than the diameter.

**66**. The carton of claim **64** wherein the second container is in contact with the bottom and the exiting end.

**67**. The carton of claim **42**, wherein the tear line in the first side extends at least partially diagonally and the tear line in the second side extends at least partially diagonally to together at least partially define a substantially triangular section in both the first side and in the second side.

**68**. The carton of claim **42**, wherein a substantial portion of the tear line across the first side and across the second side extends diagonally from a point adjacent said top to a point adjacent the first side end flap and the second side end flap, respectively.

**69**. The carton of claim **42**, including a top end flap connected to the top.

**70**. The carton of claim **42** wherein the carton does not include cut lines for receiving adhesive on the first side or the second side.

**71**. The carton of claim **42** wherein the containers are cans.

**72**. The carton of claim **42** wherein the containers are bottles.

**73**. The carton of claim **42** wherein, after dispensing the first container, the dispenser can be pivoted toward the top to reclose the dispenser.

**74**. The carton of claim **42** wherein the enclosed carton is not adhesively attached to another carton.

**75**. The carton of claim **42** further including an adhesive capable of adhering said first side end flap to said second side end flap.

**76**. The carton of claim **42** wherein the first side end flap overlaps the second side end flap.

**77**. The carton of claim **42** wherein the tear line is contiguous to form a closed loop.

**78**. The carton of claim **42** wherein the top and bottom are substantially parallel, wherein the first side and the second side are substantially parallel, and wherein the exiting end

10

and the closed end are substantially perpendicular the top, the bottom, the first side, and the second side.

**79**. The carton of claim **42** wherein the tear line in the first side end flap and the tear line in the second side end flap are in communication with one another.

**80**. The carton of claim **42** wherein the tear line in the first side end flap overlaps the tear line in the second side end flap to form a single tear line across the exiting end.

**81**. The carton of claim **42** further comprising a handle in the carton.

**82**. The carton of claim **81** wherein the handle is not in the exiting end.

**83**. An enclosed carton for a plurality of substantially cylindrical containers disposed on their sides in only two rows, with a first row above a second row, the containers including a first container in the first row, the carton comprising:

a top, a first side, a second side, a bottom, and two closed ends, at least one of which is an exiting end; a first side end flap connected to the first side along a first fold line and a second side end flap connected to the second side along a second fold line; the first side end flap including a first free end at a furthermost distal edge opposite the first fold line; the second side end flap including a second free end at a furthermost distal edge opposite the second fold line; the exiting end formed at least partially by contacting the first side end flap with the second side end flap at a contact; the contact of the first side end flap with the second side end flap in the exiting end extending from substantially adjacent the top to substantially adjacent the bottom;

a dispenser being defined by a tear line in the top, in the first side, in the second side, in the first side end flap, and in the second side end flap; the tear line in the first side end flap extending from the first fold line to the first free end; the tear line in the second side end flap extending from the second fold line to the second free end;

wherein the dispenser (1) remains attached to the carton after separating the tear line in the top, the first side, and the second side, and (2) can be flipped over along the tear line in the first side end flap and the tear line in the second side end flap to form a basket to catch the first container.

**84**. The carton of claim **83** wherein the dispenser can be reclosed.

**85**. The carton of claim **83** wherein the containers are cans or bottles.

**86**. The carton of claim **83** wherein the first container has a diameter at its largest section.

**87**. The carton of claim **86** wherein at least a portion of the tear line in the top is spaced from the exiting end more than the diameter of the first container.

**88**. The carton of claim **83** wherein when the carton is disposed on a substantially flat surface, the dispenser can be detached from the top and opened to contact the surface without detaching the dispenser from the exiting end.

**89**. The carton of claim **83** wherein the first container is moved with the dispenser when the dispenser is being flipped over.

**90**. The carton of claim **83** in which an adhesive is used to close both said closed ends.

**91**. The carton of claim **83** in which the dispenser remains attached to the carton when the dispenser is flipped over along the tear line in the first side end flap and the tear line in the second side end flap.

**92**. The carton of claim **83** in which both said closed ends are exiting ends.

US 8,302,811 B2

**11**

**93**. The carton of claim **92** which is only capable of carrying six containers in the first row and six containers in the second row.

**94**. The carton of claim **83** in which the tear line through the top is generally parallel to the exiting end.

**95**. The carton of claim **83** further comprising a finger flap in the top.

**96**. The carton of claim **95**, in which the finger flap is located between the first container and a third container in the first row.

**97**. The carton of claim **95** wherein the finger flap is located along the tear line in the top.

**98**. The carton of claim **95** further including an insertion flap connected to the finger flap.

**99**. The carton of claim **98** wherein the finger flap and the insertion flap are connected to the dispenser along a third fold line.

**100**. The carton of claim **83**, wherein the tear line in the first side end flap and the tear line in the second side end flap are spaced from the bottom less than a diameter of a container in the second row.

**101**. The carton of claim **83**, wherein further including a bottom end flap attached to the bottom and the bottom end flap has a bottom end flap height that is approximately equal to a distance of the tear line in the first side end flap and the tear line in the second side end flap from the bottom.

**102**. The carton of claim **83**, wherein structural integrity of the carton is preserved after the dispenser has been separated along the tear line in the top, in the first side, and in the second side.

**103**. The carton of claim **83** wherein each of the containers in the first row is positioned directly above a corresponding container in the second row.

**104**. The carton of claim **83**, wherein said closed ends each include a top end flap and a bottom end flap.

**105**. The carton of claim **83**, further including a second container in the second row disposed under the first container.

**106**. The carton of claim **105** wherein the second container has a diameter and wherein the tear line in the first side end flap and the tear line in the second side end flap are located a height from the bottom that is less than the diameter.

**107**. The carton of claim **105** wherein the second container is in contact with the bottom and the exiting end.

**108**. The carton of claim **83**, wherein the tear line in the first side extends at least partially diagonally and the tear line in the second side extends at least partially diagonally to together at least partially define a substantially triangular section in both the first side and in the second side.

**109**. The carton of claim **83**, wherein a substantial portion of the tear line across the first side and across the second side extends diagonally from a point adjacent said top to a point adjacent the first side end flap and the second side end flap, respectively.

**110**. The carton of claim **83**, including a top end flap connected to the top.

**111**. The carton of claim **83** wherein the carton does not include cut lines for receiving adhesive on the first side or the second side.

**112**. The carton of claim **83** wherein the containers are cans.

**113**. The carton of claim **83** wherein the containers are bottles.

**114**. The carton of claim **83** wherein, after dispensing the first container, the dispenser can be pivoted toward the top to reclose the dispenser.

**115**. The carton of claim **83** wherein the enclosed carton is not adhesively attached to another carton.

**12**

**116**. The carton of claim **83** further including an adhesive capable of adhering said first side end flap to said second side end flap.

**117**. The carton of claim **83** wherein the first side end flap overlaps the second side end flap.

**118**. The carton of claim **83** wherein the tear line is contiguous to form a closed loop.

**119**. The carton of claim **83** wherein the top and bottom are substantially parallel, wherein the first side and the second side are substantially parallel, and wherein the exiting end and the closed end are substantially perpendicular the top, the bottom, the first side, and the second side.

**120**. The carton of claim **83** wherein the tear line in the first side end flap and the tear line in the second side end flap are in communication with one another.

**121**. The carton of claim **83** wherein the tear line in the first side end flap overlaps the tear line in the second side end flap to form a single tear line across the exiting end.

**122**. The carton of claim **83** further comprising a handle in the carton.

**123**. The carton of claim **122** wherein the handle is not in the exiting end.

**124**. A carton dimensioned to contain a plurality of containers in only two rows including a first row above a second row, the plurality of containers including a first container in the first row and a second container in the second row; the first container and the second container each contacting an exiting end of the carton, the carton comprising:

a top, a bottom, a first side, a second side, the exiting end, and a closed end; the bottom having a width;

the exiting end being formed at least partially by end flaps; the end flaps including a first side end flap and a second side end flap; the first side end flap being connected to the first side along a first fold line and having a first free end; the second side end flap being connected to the second side along a second fold line and having a second free end; the first free end of the first side end flap extending a first distance from the first fold line; the second free end of the second side end flap extending a second distance from the second fold line; the first distance and the second distance together being greater than the width of the bottom; and

a dispenser defined by a tear line extending through the top, through the first side, through the second side, the first distance through the first side end flap, and the second distance through the second side end flap;

wherein the dispenser (1) is separable along the tear line in the top, the first side, and the second side, and (2) can be flipped over along the tear line in the first side end flap and the tear line in the second side end flap to form a basket to catch the first container.

**125**. The carton of claim **124** wherein the first container is moved with the dispenser when the dispenser is being flipped over.

**126**. The carton of claim **124** in which an adhesive is used to close both the exiting end and the closed end.

**127**. The carton of claim **124** in which the dispenser remains attached to the carton when the dispenser is flipped over along the tear line in the first side end flap and the tear line in the second side end flap.

**128**. The carton of claim **124** in which the closed end is another exiting end.

**129**. The carton of claim **128** which is only capable of carrying six containers in the first row and six containers in the second row.

**130**. The carton of claim **124** in which the tear line through the top is generally parallel to the exiting end.

13

**131**. The carton of claim **124** further comprising a finger flap in the top.

**132**. The carton of claim **131**, in which the finger flap is located between the first container and a third container in the first row.

**133**. The carton of claim **131** wherein the finger flap is located along the tear line in the top.

**134**. The carton of claim **131** further including an insertion flap connected to the finger flap.

**135**. The carton of claim **134** wherein the finger flap and the insertion flap are connected to the dispenser along a third fold line.

**136**. The carton of claim **124**, wherein the tear line in the first side end flap and the tear line in the second side end flap are spaced from the bottom less than a diameter of the second container in the second row.

**137**. The carton of claim **124**, further including a bottom end flap attached to the bottom and the bottom end flap has a bottom end flap height that is approximately equal to a distance of the tear line in the first side end flap and the tear line in the second side end flap from the bottom.

**138**. The carton of claim **124**, wherein structural integrity of the carton is preserved after the dispenser has been separated along the tear line in the top, in the first side, and in the second side.

**139**. The carton of claim **124** wherein each of the containers in the first row is positioned directly above a corresponding container in the second row.

**140**. The carton of claim **124**, wherein the exiting end and the closed end each include a top end flap and a bottom end flap.

**141**. The carton of claim **124**, wherein the second container in the second row is disposed directly under the first container.

**142**. The carton of claim **124** wherein the second container has a diameter and wherein the tear line in the first side end flap and the tear line in the second side end flap are located a height from the bottom that is less than the diameter.

**143**. The carton of claim **124** wherein the second container is in contact with the bottom.

**144**. The carton of claim **124**, wherein the tear line in the first side extends at least partially diagonally and the tear line in the second side extends at least partially diagonally to together at least partially define a substantially triangular section in both the first side and in the second side.

**145**. The carton of claim **124**, wherein a substantial portion of the tear line across the first side and across the second side extends diagonally from a point adjacent said top to a point adjacent the first side end flap and the second side end flap, respectively.

**146**. The carton of claim **124**, including a top end flap connected to the top.

**147**. The carton of claim **124** wherein the carton does not include cut lines for receiving adhesive on the first side or the second side.

**148**. The carton of claim **124** wherein the containers are cans.

**149**. The carton of claim **124** wherein the containers are bottles.

**150**. The carton of claim **124** wherein, after dispensing the first container, the dispenser can be pivoted toward the top to reclose the dispenser.

**151**. The carton of claim **124** wherein the enclosed carton is not adhesively attached to another carton.

**152**. The carton of claim **124** further including an adhesive capable of adhering said first side end flap to said second side end flap.

14

**153**. The carton of claim **124** wherein the first side end flap overlaps the second side end flap.

**154**. The carton of claim **124** wherein the tear line is contiguous to form a closed loop.

**155**. The carton of claim **124** wherein the top and bottom are substantially parallel, wherein the first side and the second side are substantially parallel, and wherein the exiting end and the closed end are substantially perpendicular the top, the bottom, the first side, and the second side.

**156**. The carton of claim **124** wherein the tear line in the first side end flap and the tear line in the second side end flap are in communication with one another.

**157**. The carton of claim **124** wherein the tear line in the first side end flap overlaps the tear line in the second side end flap to form a single tear line across the exiting end.

**158**. The carton of claim **124** further comprising a handle in the carton.

**159**. The carton of claim **158** wherein the handle is not in the exiting end.

**160**. A blank dimensioned to form a carton sized to contain a plurality of containers in only two rows including a first row above a second row, the plurality of containers including a first container in the first row and a second container in the second row; the carton including a top, a first side, a second side, a bottom, an exiting end, and a closed end; the first container and the second container each contacting the exiting end of the carton when the blank is formed into the carton; the blank comprising:

a sheet of material having first, second, third, and fourth parallel fold lines therein, said parallel fold lines defining panels of the carton, with the panels corresponding to the top, the first side, the second side, and the bottom of the carton;

at a first end of the sheet of material, a transverse fold line connecting end flaps to the panels; when the blank is formed into the carton, the exiting end being formed at least partially by the end flaps;

the end flaps including a first side end flap and a second side end flap; the first side end flap connected along the transverse fold line to the first side; the first side end flap having a first free end at a furthermost distal edge opposite the transverse fold line; the second side end flap connected along the transverse fold line to the second side; the second side end flap having a second free end at a furthermost distal edge opposite the transverse fold line;

a dispenser defined by a tear line across the panels that form the top, the first side, the second side, the first side end flap, and the second side end flap; the tear line extending across the first side end flap to the first free end; the tear line extending across the second side end flap to the second free end; whereby the tear line in the first side end flap and the tear line in the second side end flap form a continuous tear line across the exiting end when the blank is formed into the carton;

wherein when the blank is formed into the carton, the dispenser (1) is separable along the tear line in the top, the first side, and the second side, and (2) can be flipped over along the tear line in the first side end flap and the tear line in the second side end flap to form a basket to catch the first container.

**161**. The blank of claim **160** wherein when the blank is formed into the carton, the first side end flap overlaps the second side end flap.

**162**. The blank of claim **160** wherein when the blank is formed into the carton, the first container is moved with the dispenser when the dispenser is being flipped over.

US 8,302,811 B2

**15**

**163**. The blank of claim **160** in which an adhesive is used to close the exiting end and the closed end when the blank is formed into the carton.

**164**. The blank of claim **160** in which the dispenser remains attached to the carton when the dispenser is flipped over along the tear line in the first side end flap and the tear line in the second side end flap.

**165**. The blank of claim **160** in which the closed end is another exiting end when the blank is formed into a carton.

**166**. The blank of claim **165** which is only capable of carrying six containers in the first row and six containers in the second row when the blank is formed into the carton.

**167**. The blank of claim **160** in which the tear line through the top is generally parallel to the exiting end when the blank is formed into the carton.

**168**. The blank of claim **160** further comprising a finger flap in the top.

**169**. The blank of claim **168**, in which the finger flap is located between the first container and a third container in the first row when the blank is formed into the carton.

**170**. The blank of claim **168** wherein the finger flap is located along the tear line in the top.

**171**. The blank of claim **168** further including an insertion flap connected to the finger flap.

**172**. The blank of claim **171** wherein the finger flap and the insertion flap are connected to the dispenser along a third fold line.

**173**. The blank of claim **160**, wherein the tear line in the first side end flap and in the second side end flap are spaced from the bottom less than a diameter of the second container in the second row when the blank is formed into the carton.

**174**. The blank of claim **160**, further including a bottom end flap attached to the bottom and the bottom end flap has a bottom end flap height that is approximately equal to a distance of the tear line in the first side end flap and the tear line in the second side end flap from the bottom when the blank is formed into the carton.

**175**. The blank of claim **160**, wherein, when the blank is formed into the carton, structural integrity of the carton is preserved after the dispenser has been separated along the tear line in the top, in the first side, and in the second side.

**176**. The blank of claim **160** wherein, when the blank is formed into the carton, each of the containers in the first row is positioned directly above a corresponding container in the second row.

**177**. The blank of claim **160**, wherein, when the blank is formed into the carton, the exiting end and the closed end each include a top end flap and a bottom end flap.

**178**. The blank of claim **160**, wherein the second container in the second row is disposed directly under the first container when the blank is formed into the carton.

**179**. The blank of claim **160** wherein, when the blank is formed into the carton, the second container has a diameter and wherein the tear line in the first side end flap and the tear line in the second side end flap are located a height from the bottom that is less than the diameter.

**16**

**180**. The blank of claim **160** wherein, when the blank is formed into the carton, the second container is in contact with the bottom.

**181**. The blank of claim **160**, wherein the tear line in the first side extends at least partially diagonally and the tear line in the second side extends at least partially diagonally to together at least partially define a substantially triangular section in both the first side and in the second side when the blank is formed into the carton.

**182**. The blank of claim **160**, wherein, when the blank is formed into the carton, a substantial portion of the tear line across the first side and across the second side extends diagonally from a point adjacent said top to a point adjacent the first side end flap and the second side end flap, respectively.

**183**. The blank of claim **160**, including a top end flap connected to the top.

**184**. The blank of claim **160** wherein the carton does not include cut lines for receiving adhesive on the first side or the second side.

**185**. The blank of claim **160** wherein the containers are cans.

**186**. The blank of claim **160** wherein the containers are bottles.

**187**. The blank of claim **160** wherein, when the blank is formed into the carton, after dispensing the first container, the dispenser can be pivoted toward the top to reclose the dispenser.

**188**. The blank of claim **160** wherein, when the blank is formed into the carton, the enclosed carton is not adhesively attached to another carton.

**189**. The blank of claim **160** further including an adhesive capable of adhering said first side end flap to said second side end flap when the blank is formed into the carton.

**190**. The blank of claim **160** wherein the first side end flap overlaps the second side end flap when the blank is formed into the carton.

**191**. The blank of claim **160** wherein the tear line is contiguous to form a closed loop when the blank is formed into the carton.

**192**. The blank of claim **160** wherein, when the blank is formed into the carton, the top and bottom are substantially parallel, wherein the first side and the second side are substantially parallel, and wherein the exiting end and the closed end are substantially perpendicular the top, the bottom, the first side, and the second side.

**193**. The blank of claim **160** wherein, when the blank is formed into the carton, the tear line in the first side end flap and the tear line in the second side end flap are in communication with one another.

**194**. The blank of claim **160** wherein, when the blank is formed into the carton, the tear line in the first side end flap overlaps the tear line in the second side end flap to form a single tear line across the exiting end.

**195**. The blank of claim **160** further comprising a handle in the carton formed from the blank.

**196**. The blank of claim **195** wherein, when the blank is formed into the carton, the handle is not in the exiting end.

\* \* \* \* \*