IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GRAPHIC PACKAGING INTERNATIONAL, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> C.W. ZUMBIEL CO., an Ohio corporation, <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 1:13-cv-00338-AT ) ) ) ) ) ) |

## JOINT STIPULATION

Plaintiff Graphic Packaging International, Inc. ("Graphic Packaging") and Defendant C.W. Zumbiel Co. ("Zumbiel") (together the ("Parties")), by and through their undersigned counsel and pursuant to a settlement agreement reached between them, do each hereby stipulate and agree to each of the following terms:

1. Upon entry by the Court, a Judgment and Order in this suit is intended to and shall constitute, for purposes of 35 U.S.C. § 317(b)(2002), a final, enforceable, and non-appealable decision entered against a party (i.e., Zumbiel) in a civil action arising in whole or in part under Section 1338 of Title 28.

2. Zumbiel has not sustained its burden of proving the invalidity of any patent claim in suit, with all claims (1-196) of United States Patent No. 8,302,811 ("the '811 Patent") having been in suit.

3. Zumbiel has not sustained its burden of proving the invalidity of any patent claim of the '811 Patent on the basis of issues and/or art which Zumbiel or its privies raised or could have raised in the suit.

4. Upon entry by the Court, a Judgment and Order is final, enforceable, non-appealable, and will not be appealed.

So stipulated and agreed.

| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | WOOD, HERRON & EVANS, L.L.P |
|---|---|
| /s/_____*James F. Vaughan*_____ <br> James F. Vaughan (GA Bar No. 726075) <br> 271 17th Street, N.W. <br> Atlantic Station, Suite 2400 <br> Atlanta, GA  30363 <br> Telephone:  (404) 962-7528 <br><br> John F. Morrow, Jr. (admitted *pro hac vice*) <br> One West Fourth Street <br> Winston-Salem, NC 27101 <br> Telephone: (336) 721-3584 <br><br> Christine H. Dupriest (admitted *pro hac vice*) <br> 1200 Nineteenth Street, N.W. <br> Washington, DC  20036 <br> Telephone:  (202) 857-4438 <br><br> *Attorneys for Plaintiff Graphic Packaging International, Inc.* <br><br> Dated:  August 27, 2013 | /s/__*Gregory Ahrens*_____ <br> Gregory Ahrens (admitted *pro hac vice*) <br> P. Andrew Blatt (admitted *pro hac vice*) <br> 2700 Carew Tower <br> 441 Vine Street <br> Cincinnati, OH  45202 <br> Telephone:  (513) 241-2324 <br><br> Donald R. Andersen (GA Bar No. 016125) <br> STITES & HARBISON, PLLC <br> 303 Peachtree Street, N.E. <br> 2800 Suntrust Plaza <br> Atlanta, GA 30308 <br> Telephone: (404) 739-8800 <br><br> *Attorneys for Defendant C.W. Zumbiel Co.* |

## CERTIFICATE OF SERVICE

I hereby certify that this 27th day of August , 2013, I electronically filed the foregoing **JOINT STIPULATION** with the Clerk of the Court using CM/ECF which will send notification to the registered attorneys of record that the documents have been filed and are available for viewing and downloading:

| By CM/ECF | By CM/ECF |
|---|---|
| Gregory F. Ahrens | Donald R. Andersen |
| P. Andrew Blatt | Georgia Bar No. 016125 |
| Wood Herron & Evans L.L.P. | STITES & HARBISON, PLLC |
| 2700 Carew Tower | 303 Peachtree Street, N.E. |
| 441 Vine Street | 2800 Suntrust Plaza |
| Cincinnati, Ohio 45202-2917 | Atlanta, GA 30308 |
| gahrens@whepatent.com | dandersen@stites.com |
| dblatt@whepatent.com | |

*/s/ James F. Vaughan*
James F. Vaughan